UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY W. JOHNSON,
Plaintiff,                                                                  Case No. 05-72897

vs.
                                                                                           HONORABLE PAUL D. BORMAN
JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,
Defendant.
_____/

## ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R"), filed on June 20, 2006.  No objections thereto were filed.

**IT IS ORDERED** that the R&R is accepted and entered as the findings and conclusions of this Court.  Plaintiff's Motion for Summary Judgment is DENIED; and Defendant's Motion for Summary Judgment is GRANTED.

                                                            s/Paul D. Borman
                                                            PAUL D. BORMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated:  August 1, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 1, 2006.

                                                            s/Denise Goodine
                                                            Case Manager